United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

CALIFORNIA SPINE AND
NEUROSURGEY INSTITUTE,

Case No. 23-cv-00217-SK

8

Plaintiff,

9

v.

**ORDER OF CONDITIONAL
DISMISSAL**

10

11

PENSKE AUTOMOTIVE GROUP, INC.,

Defendant.

Regarding Docket No. 29

12

13          The parties filed a notice of settlement advising the Court that the above captioned matter

14     has settled in principle.  In light of the settlement, the Court HEREBY ORDERS that this action is

15     DISMISSED without prejudice; provided, however that if any party hereto shall certify to this

16     Court within ninety days, with proof of service, that the settlement was not consummated or that

17     the agreed consideration for settlement has not been delivered over, the foregoing order shall stand

18     vacated, and this case shall be restored to the calendar.  If no certification is filed, after passage of

19     ninety days, the dismissal shall be with prejudice.

20          **IT IS SO ORDERED**.

21     Dated: July 24, 2023

22     _____

23     SALLIE KIM
       United States Magistrate Judge

24
25
26
27
28